**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **RHONDA L. LASHURE,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE,** ) <br> **Commissioner of the Social** ) <br> **Security Administration,** ) <br> ) <br> Defendant. ) <br> _____ ) | Case  No. EDCV 07-1154 AJW <br><br> **J U D G M E N T** |

  **IT IS ADJUDGED** that the decision of the defendant is reversed, and the case is remanded for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: August 27, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge